UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELLEN MOONEY, DANIEL J. MOONEY IV,
KATHLEEN MOONEY & JAQUELYNE M. GAMBILL

Plaintiff(s)

v. Dkt. No. 07-084S

JAMES VIEIRA and JOHN DOES 1-100

Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Ellen Mooney, et al hereby moves that Peter W. Till, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Ellen Mooney, et al
(Plaintiff/~~Defendant~~)

By: John O. Mancini, Esq.
Bar ID No.: 6061
Address: 55 Pine Street, Suite 5000, Prov.,RI

DATED: March 30, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Jersey & District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) Pennsylvania & Vermont, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than <u>minor</u> traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Peter W. Till

Print Name State Bar ID #

Law Offices of Peter W. Till

Firm Name

105 Morris Avenue, Suite 201

Business Address

Springfield, NJ 07081

(973) 258-0064 (973) 258-0478

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John O. Mancini #6061

Print Name R.I. Bar ID #

Firm and Business Address

Law Offices of Michael A. Kelly, PC

55 Pine Street, Suite 5000

Providence, RI 02903

Tel. # 490-7334 Fax # 490-7874

---

**ORDER**

This motion is hereby ______________________________

______________________________

District Judge

Date:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELLEN MOONEY, DANIEL J. MOONEY IV, KATHLEEN MOONEY & JAQUELYNE M. GAMBILL
*Plaintiffs,*

VS.

JAMES VIEIRA and JOHN DOES 1-100
*Defendant.*

CASE NO.: 07-084S

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Motion for Admission Pro Hac Vice to be mailed, postage prepaid, to Defendant, James Vieira, 12 Valerie Drive, East Greenwich, RI 02817 on this 30 day of March, 2007.

______________________