UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELLEN MOONEY; Et Al.

VS. CA NO: 07-084S

JAMES VIEIRA

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the Defendant James Vieira.

DEFENDANT
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: John O. Mancini, Esq.
Law Office of Michael Kelly
55 Pine Street, Fifth Floor
Providence, RI 02903

Peter W. Till, Esq.
Law Office of Peter W. Till
105 Morris Avenue, #201
Springfield, NJ 07081

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: May 1, 2007 /s/ Mark B. Morse