UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELLEN MOONEY; Et Al.

VS. CA NO: 07-084S

JAMES VIEIRA

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENA DUCES TECUM**

Now comes the Defendant James Vieira, and pursuant to Rule 26(c) and 26 (d) herein moves that a protective order issue preventing his deposition from going forward, and further that the Subpoena Duces Tecum served upon the Defendant on May 1, 2007 be quashed. In support of his motion, Defendant has attached his Memorandum of Law. Defendant's counsel avers that he has attempted to contact Plaintiffs' counsel in an effort to avert the necessity of the filing of the within motion.

DEFENDANT
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: John O. Mancini, Esq.
Law Office of Michael Kelly
55 Pine Street, Fifth Floor
Providence, RI 02903

Peter W. Till, Esq.
Law Office of Peter W. Till
105 Morris Avenue, #201
Springfield, NJ 07081

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: May 1 , 2007 /s/ Mark B. Morse