**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue - Suite 201
Springfield, New Jersey 07081
(973) 258-0064
Attorneys for Plaintiffs

**LAW OFFICES OF MICHAEL KELLY**
55 Pine Street, Fifth Floor
Providence, RI 02903
(401) 490-7874
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELLEN MOONEY, DANIEL J. MOONEY, IV, KATHLEEN MOONEY, JAQUELYNE M. GAMBILL | Civil Action No.: 1:07-CV-00084 (WES) |
| *Plaintiffs.* | **CIVIL ACTION** |
| *vs.* | |
| JAMES VIERA, | **NOTICE OF CROSS-MOTION** |
| *Defendant.* | |

PLEASE TAKE NOTICE that on ___ day of May, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Ellen Mooney, Daniel J. Mooney, IV, Kathleen Mooney and Jaquelyne M. Gambill (collectively "Plaintiffs"), by its attorneys, Law Offices of Peter W. Till, will cross-move this Court before the Honorable William E. Smith, U.S.D.J., at One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island 02903 for the entry of an

Order for the fees and expenses incurred in relation to the Defendant's Motion for a Protective Order and to Quash the Subpoena Duces Tecum, pursuant to R. 26(c) and 37(a)(4).

PLEASE TAKE FURTHER NOTICE that in support of the foregoing application, Plaintiffs shall rely upon the accompanying Memorandum of Law and whatever documents this Court deems necessary. A proposed order granting the Plaintiffs' cross-motion is enclosed.

Dated: May 15, 2007
Springfield, New Jersey

LAW OFFICES OF PETER W. TILL

By:____________________
Peter W. Till
105 Morris Avenue – Suite 201
Springfield, New Jersey 07081
(973) 258-0064

Attorneys for the Plaintiffs

TO: Mark B. Morse
Law Offices of Mark B. Morse
111 Waylane Ave.
Providence, Rhode Island 02906
(---) 831-0555