**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue - Suite 201
Springfield, New Jersey 07081
(973) 258-0064
Attorneys for Plaintiffs

**LAW OFFICES OF MICHAEL KELLY**
55 Pine Street, Fifth Floor
Providence, RI 02903
(401) 490-7874
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELLEN MOONEY, DANIEL J. MOONEY, IV, KATHLEEN MOONEY, JAQUELYNE M. GAMBILL | Civil Action No.: 1:07-CV-00084 (WES) |
| *Plaintiffs.* | **CIVIL ACTION** |
| vs. | |
| JAMES VIERA, | **PROPOSED ORDER** |
| *Defendant.* | |

THIS MATTER having been opened to the Court by the Law Offices of Peter W. Till, counsel for the Plaintiffs, Ellen Mooney, Daniel J. Mooney, IV, Kathleen Mooney, Jaquelyne M. Gambill (collectively "Plaintiffs"), on notice to other counsel of record, and the Court having read and considered the papers submitted therewith, and for good cause shown,

IT IS HEREBY ORDERED, this ____ day of ____ 2007, that:

1. The Defendant pay the fees and expenses incurred by the Plaintiffs in opposing the Defendant's Motion for a Protective Order and to Quash the Subpoena Duces Tecum, pursuant to Fed. R. Civ. P. 26(c) and 37(a)(4).

Dated: ____________________, 2007

______________________________
Honorable William E. Smith