**LAW OFFICES OF PETER W. TILL**
(Pro Hac Vice Admission)
105 Morris Avenue - Suite 201
Springfield, New Jersey 07081
(973) 258-0064
Counsel for Plaintiffs

**LAW OFFICES OF MICHAEL KELLY**
55 Pine Street, Fifth Floor
Providence, RI 02903
(401) 490-7874
Local Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELLEN MOONEY, DANIEL J. MOONEY, IV, KATHLEEN MOONEY, JAQUELYNE M. GAMBILL | Civil Action No.: 1:07-CV-00084 (WES) |
| *Plaintiffs.* | **CIVIL ACTION** |
| *vs.* | |
| JAMES VIEIRA, | **CERTIFICATION OF COUNSEL** |
| *Defendant.* | |

**I, PETER W. TILL, ESQ.** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and counsel for the Plaintiffs. As such, I am fully familiar with this matter.

I am admitted by motion before this Court pro hac vice. I enter into this certification in opposition to the Defendant's Motion to Dismiss the Plaintiffs' Complaint.

2. I hereby certify that attached as Exhibit A is a copy of the Complaint on behalf of the Plaintiffs, Ellen Mooney, Daniel J. Mooney, IV, Kathleen Mooney and Jaquelyne M. Gambill (collectively "Plaintiffs").

3. I hereby certify that attached as Exhibit B is is a copy of an August 23, 2000 Letter from Robert J. Arsenault, Esq. to Captain and Mrs. Daniel J. Mooney, Jr.

4. I hereby certify that attached as Exhibit C is a copy of a document dated September 1, 2005, designating Daniel J. Mooney, IV successor trustee of the Barbara F. Mooney Revocable Trust.

5. I hereby certify that attached as Exhibit D is a copy of the pro se Answer of the Defendant James Vieira ("Vieira" or "Defendant").

**I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE THAT I MAY BE SUBJECT TO PUNISHMENT.**

Peter W. Till /s/
**Peter W. Till**

**Dated: May 21, 2007**