**DESIGNATION OF SUCCESSOR TRUSTEE TO DANIEL J. MOONEY, III, TRUSTEE OF THE BARBARA F. MOONEY REVOCABLE TRUST Dated August 22, 2000.**

The undersigned, DANIEL J. MOONEY, III, designated as successor Trustee of the BARBARA F. MOONEY REVOCABLE TRUST dated, August 22, 2000;
hereby resign as Trustee of said Trust, and under the provisions of Article XV of said Trust entitled Trustees, C) 2., I hereby appoint my son, DANIEL J. MOONEY, IV. as my successor Trustee of said Trust, which appointment shall take effect upon his acceptance as successor Trustee. The address of said DANIEL [redacted] MOONEY, IV, is as follows:

Dated this 1st day of September, 2005.

In presence of:

Ellen C. Mooney

Daniel J. Mooney III

Daniel J. Mooney, III

**ACCEPTANCE OF DESIGNATION AS SUCCESSOR TRUSTEE TO [redacted] DANIEL J. MOONEY, III, OF THE ABOVE DESIGNATED TRUST**

I, said Daniel J. Mooney, IV, hereby accept said designa[redacted]n as successor Trustee of the above designated Trust.

Dated this ______ day of ____________, 2005.

In presence of:

_______________________ _______________________
Daniel J. Mooney, IV

**DESIGNATION OF SUCCESSOR TRUSTEE TO DANIEL J. MOONEY, III, TRUSTEE OF THE BARBARA F. MOONEY REVOCABLE TRUST Dated August 22, 2000.**

The undersigned, DANIEL J. MOONEY, III, designated as successor Trustee of the BARBARA F. MOONEY REVOCABLE TRUST dated, August 22, 2000;
hereby resign as Trustee of said Trust, and under the provisions of Article XV of said Trust entitled Trustees, C) 2., I hereby appoint my son, DANIEL J. MOONEY, IV. as my successor Trustee of said Trust, which appointment shall take effect upon his acceptance as successor Trustee. The address of said DANIEL [redacted] MOONEY, IV, is as follows:

Dated this 1st day of September, 2005.

In presence of:

Ellen L. Mooney ______________ Daniel J. Mooney IIIrd ______________
Daniel J. Mooney, III

**ACCEPTANCE OF DESIGNATION AS SUCCESSOR TRUSTEE TO [redacted] DANIEL J. MOONEY, III, OF THE ABOVE DESIGNATED TRUST**

I, said Daniel J. Mooney, IV, hereby accept said designa[redacted]n as successor Trustee of the above designated Trust.

Dated this ______ day of ______________, 2005.

In presence of:

______________________________ ______________________________
Daniel J. Mooney, IV