Case 1:07-cv-00084-S-LDA Document 3 Filed 04/02/2007 Page 1 of 1

FROM: JAMES VIEIRA
12 VALERIE DRIVE
WEST GREENWICH, RI 02817

April 2, 2007

TO: UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CASE NUMBER: 07-084S { ELLEN MOONEY, DANIEL J. MOONEY, III, KATHLEEN MOONEY & JACQUELYNE M. GAMBILL V. JAMES VIEIRA

ANSWER

I, JAMES VIEIRA, RECEIVED NOTICE OF THIS CIVIL CASE FROM CONSTABLE #6139, RONALD J. RUSSO ON MARCH 15, 2007 AT MY HOME.

I, JAMES VIEIRA, DENY ALL EIGHT (8) COUNTS IN CASE NUMBER: 07-084S.

James E. Vieira
PRO-SE

CERTIFICATION

The UNDERSIGNED hereby CERTIFIES THAT ON THE 2ND. DAY OF April, 2007, A copy OF THE FOREGOING WAS MAILED AS CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND AN ADDITIONAL copy WAS SENT by REGULAR FIRST CLASS mail TO:

John O. MANCINI, ESQ.
LAW OFFICES OF Michael A. Kelly, PC
55 PINE STREET, SUITE 5000
PROVIDENCE, RI 02903