**LAW OFFICES OF PETER W. TILL**
(Pro Hac Vice Admission)
105 Morris Avenue - Suite 201
Springfield, New Jersey 07081
(973) 258-0064
Counsel for Plaintiffs

**LAW OFFICES OF MICHAEL KELLY**
55 Pine Street, Fifth Floor
Providence, RI 02903
(401) 490-7874
Local Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELLEN MOONEY, DANIEL J. MOONEY, IV, KATHLEEN MOONEY, JAQUELYNE M. GAMBILL | Civil Action No.: 1:07-CV-00084 (WES) |
| *Plaintiffs.* | |
| *vs.* | **CIVIL ACTION** |
| JAMES VIEIRA, | **<u>NOTICE OF OPPOSITION</u>** |
| *Defendant.* | |

PLEASE TAKE NOTICE that Plaintiffs, Ellen Mooney, Daniel J. Mooney, IV, Kathleen Mooney and Jaquelyne M. Gambill (collectively "Plaintiffs"), by its attorneys, Law Offices of Peter W. Till, will oppose Defendant's Motion to Dismiss, pursuant to Rule 12(b)(1), 12(b)(6) and 12(b)(7) before the Honorable William E. Smith, U.S.D.J., at One Exchange Terrace, Federal Building and Courthouse, Providence, Rhode Island 02903.

PLEASE TAKE FURTHER NOTICE that in support of its opposition to Defendant's Motion to Dismiss, Plaintiffs shall rely upon the accompanying Memorandum of Law, Certification of Counsel and whatever documents this Court deems necessary.

Dated: May 21, 2007
Springfield, New Jersey

LAW OFFICES OF PETER W. TILL

By: /s/ Peter W. Till
Peter W. Till
105 Morris Avenue – Suite 201
Springfield, New Jersey 07081
(973) 258-0064

Attorneys for the Plaintiffs

TO: Mark B. Morse
Law Offices of Mark B. Morse
111 Waylane Ave.
Providence, Rhode Island 02906
(401) 831-0555