UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELLEN MOONEY, et. al. :
:
v. : C.A. No. 07-84S
:
JAMES VIEIRA :

**ORDER**

This matter is presently before the Court on Defendant's Motion to Dismiss (Document No. 9) filed pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(b)(7). The Motion has been referred to me for preliminary review, findings and recommended disposition. See 28 U.S.C. § 636(b)(1)(B); LR Cv 72. A hearing was held on June 12, 2007.

During the hearing, Plaintiffs' counsel opposed the Motion to Dismiss, but also requested that he be granted leave to file an Amended Complaint in this action. At the conclusion of the hearing, Plaintiffs' Oral Motion for Leave to Amend was GRANTED pursuant to Fed. R. Civ. P. 15(a). In order to move this case forward in an efficient fashion, the Court makes the following Orders:

1. Plaintiffs shall file their Amended Complaint by June 26, 2007;

2. Defendant shall, by July 10, 2007, either (a) supplement his pending Motion to Dismiss and press it as to the Amended Complaint; or (b) Answer the Amended Complaint[1];

[1] If an Amended Complaint is filed and Defendant chooses to Answer such pleading, his Motion to Dismiss will be denied as moot.

3. If Plaintiffs do not file an Amended Complaint by June 26, 2007, the Court will move forward and issue its Report and Recommendation as to the pending Motion to Dismiss the Complaint.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 12, 2007