June 21, 2007

Honorable William E. Smith
United States District Judge
United States District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, Rhode Island 02903

**Re: Ellen Mooney, Daniel J. Mooney, IV, Kathleen Mooney, Jaquelyne M. Gambill v. James Viera, Docket No. 1:07-CV-000084 (WES)**

Dear Judge Smith:

In connection with the above-captioned matter, enclosed for the Court's signature and filing with the Clerk of the United States District Court, please find an Order of Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to the Defendant James Viera.

Respectfully Submitted,

Peter W. Till

Enclosure

**LAW OFFICES OF PETER W. TILL**
(Pro Hac Vice Admission)
105 Morris Avenue - Suite 201
Springfield, New Jersey 07081
(973) 258-0064
Counsel for Plaintiffs

**LAW OFFICES OF MICHAEL KELLY**
55 Pine Street, Fifth Floor
Providence, RI 02903
(401) 490-7874
Local Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELLEN MOONEY, DANIEL J. MOONEY, IV, KATHLEEN MOONEY, JAQUELYNE M. GAMBILL | Civil Action No.: 1:07-CV-00084 (WES) |
| *Plaintiffs.* | **CIVIL ACTION** |
| *vs.* | |
| JAMES VIEIRA, | **ORDER OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FED. R. CIV. P. AS TO THE DEFENDANT JAMES VIERA** |
| *Defendant.* | |

The above matter having been opened to the Court by the Law Offices of Peter W. Till, attorneys for the Plaintiffs, now by way of Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and for good cause shown,

**IT IS** on this __________ day of June, 2006;

**ORDERED** that all claims set forth within the Complaint against the Defendant James Viera are hereby dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel within seven (7) days of the entry thereof.

______________________________
HON. WILLIAM E. SMITH, U.S.D.J.